UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER EVERETT                                                                    PLAINTIFF
#84273

V.                          No. 4:22-CV-266-BRW-JTR

SMIT, Corporal, White County Detention Center;
JONES, Lt., White County Detention Center; and
EDWARDS, Captain, White County Detention Center            DEFENDANTS

## ORDER

On March 22, 2022, Plaintiff Christopher Everett ("Everett"), a pretrial detainee in the White County Detention Facility ("WCDF"), filed a *pro se* § 1983 Complaint alleging Defendants violated his constitutional rights. *Doc. 2*. Before he may proceed with this action, the Court must screen his claims.[1]

Everett alleges that, on February 3, 2022, Defendant Corporal Smit denied his request for medical attention related to his blood sugar and diabetes. *Id. at 4*. He further alleges that he has been denied medical attention multiple times by various WCDF staff members, which, at times, has caused him to go into diabetic shock. He

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a) & (b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

states he complained about the issue to Defendants Captain Edwards and Lieutenant Jones, but they failed to do anything about it. *Id.*

*For screening purposes only*, Everett has asserted viable claims that: Defendant Smit was deliberately indifferent to his serious medical needs; and Edwards and Jones were aware of Smit's constitutionally deficient behavior but failed to take corrective action.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare summonses for Defendants Smit, Edwards, and Jones.

2. The United States Marshal is directed to serve Defendants with summonses and copies of the Complaint (*Doc. 2*) without requiring prepayment of fees and costs. Service for the Defendants should be attempted at the White County Detention Facility, 1600 East Booth Road, Searcy, Arkansas 72143.[2]

IT IS SO ORDERED this 30th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] If any Defendant is no longer a WCDF employee, the individual responding to service must provide a **sealed** statement with that Defendant's last known mailing address.