UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER EVERETT                                                         PLAINTIFF

V.                                    No. 4:22-CV-266-JTR

SMIT, Corporal, White County Detention Center;
JONES, Lt., White County Detention Center; and
EDWARDS, Captain, White County Detention Center          DEFENDANTS

# ORDER[1]

Plaintiff Christopher Everett ("Everett") has not complied with the Court's April 15, 2022 Order directing him to file a free-word Application to Proceed *In Forma Pauperis* or pay the filing fee for this action, and the time to do so has expired. *Doc. 6*. Importantly, the Court cautioned Everett that if he failed to comply with the April 15 Order, his case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.*

Accordingly, this case is dismissed without prejudice due to lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

---

[1] By consent of the parties, this case was referred to a United States Magistrate Judge to conduct all proceedings and order the entry of final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rules of Civil Procedure 73. *Doc. 13*.

SO ORDERED this 23rd day of May, 2022.

                                                         UNITED STATES MAGISTRATE JUDGE