**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

CHRISTOPHER EVERETT                                                    PLAINTIFF

V.                                    No. 4:22-CV-266-JTR

SMIT, Corporal, White County Detention Center;
JONES, Lt., White County Detention Center; and
EDWARDS, Captain, White County Detention Center          DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed, without prejudice. All relief sought is denied, and the case is closed.

DATED this 23rd day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE